1080

No. 80–655. NICKOLAOU ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 80–661. GEORGE BANTA CO., INC., BANTA DIVISION v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 80–670. WIDMER v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 80–672. FOXX v. DISTRICT COURT OF THE STATE OF NEVADA FOR THE EIGHTH JUDICIAL DISTRICT (FOXX, REAL PARTY IN INTEREST). Sup. Ct. Nev. Certiorari denied.

No. 80–674. LAREDO PACKING CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 80–680. WERNER v. UPJOHN CO., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–683. CONSOLIDATED FARMERS MUTUAL INSURANCE CO. ET AL. v. ANCHOR SAVINGS ASSN. ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–684. PERLUSS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–686. MORRISON v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 80–688. CORPORACION VENEZOLANA DE FOMENTO v. MERBAN CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–690. HATTEN ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.